# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

160872(51)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* JAN H. POL, D.V.M.

_____

BUREAU OF PROFESSIONAL LICENSING,
          Petitioner-Appellee,

v

JAN H. POL, D.V.M.,
          Respondent-Appellant.

_____/

SC: 160872
COA: 344666
LARA Bureau of Professional
Licensing LC No.:  16-035858

On order of the Court, the motion for reconsideration of this Court's September 8, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

a1116